UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00435

**Placid Refining Company LLC,**
*Plaintiff*,

v.

**JA Dakis Capital, LLC, d/b/a Global Oil Bunkering et al.,**
*Defendants*.

# FINAL JUDGMENT

The court, having granted plaintiff's motion for summary judgment (Doc. 26), and rendered its decision by order (Doc. 39), hereby enters judgment that:

1) Plaintiff is awarded actual damages of $446,008.60 as the amount due on the account;
2) Plaintiff is awarded $78,082.07 in pre-judgment interest and post-judgment interest at the interest rate of 18% per annum;
3) Plaintiff is awarded $32,132.91 in attorney's fees and litigation costs; and
4) This order is final and disposes of all parties and all issues in this lawsuit.

All pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on July 25, 2024.*

J. CAMPBELL BARKER
United States District Judge